In the Matter of the Application of LEW-ROBB HOLDING COMPANY, INC., Respondent, for a Mandamus Order against HENRY R. DILLON, Receiver of Taxes of the Town of Mamaroneck, Westchester County, State of New York, Appellant. — Order of peremptory mandamus directing the defendant receiver of taxes to accept the sum of $1,084.27 in payment of the 1936 State, county and town taxes of the town of Mamaroneck, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

In the Matter of the Application of MANUFACTURERS TRUST COMPANY, as Coexecutor and Cotrustee of the Last Will and Testament of JOSEPH SCHRIER, Late of the County of Kings, Deceased, to Be Allowed to Resign as Such Coexecutor and Cotrustee. HAROLD SCHRIER and ISAAC SCHRIER, as Coexecutors and Cotrustees, etc., of JOSEPH SCHRIER, Deceased, Appellants; WILLIAM C. McCREERY, as Special Guardian for Infants, etc., Respondent.— Order of the Surrogate's Court, Kings county, in so far as it fixes the allowance of the special guardian, affirmed, with ten dollars costs and disbursements to respondent, payable out of the estate. No opinion. Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ., concur.

In the Matter of the Application of ANTONIO VANILLA (True Name ANTHONY VANELLA), Appellant, for a Mandamus Order against LEWIS E. LAWES, as Warden of Sing Sing Prison, and LEWIS E. LAWES and Others, Constituting the Prison Board of Sing Sing Prison, Respondents.— Order denying appellant's motion for a peremptory order of mandamus directing the respondents to determine the amount of his commutation and compensation, and to forward the same to the Governor of the State of New York, unanimously affirmed as a matter of law and not in the exercise of discretion, without costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.